NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA ALLAN KLING,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　　　Case No. 2D18-1920
　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　 )
_____)

Opinion filed April 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Joshua Allan Kling, pro se.


PER CURIAM.


　　　　　　Affirmed.



LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.